ATTORNEY GRIEVANCE COMMISSION     \*     **IN THE**
OF MARYLAND

                                                \*     **COURT OF APPEALS**

**v.**                                                \*     **OF MARYLAND**

                                                \*     **Misc. Docket AG No. 55**

**DEBRA LEE ACKERMAN**                      \*     **September Term, 2019**

## ORDER

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Debra Lee Ackerman, to suspend the Respondent from the practice of law for sixty days, it is this 4th day of January, 2021

**ORDERED,** by the Court of Appeals of Maryland, that effective March 8, 2021, the Respondent, Debra Lee Ackerman, be suspended from the practice of law for sixty days for violation of Rule 8.1(a) and Rule 8.4(a), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

**ORDERED**, that, effective March 8, 2021, the Clerk of this Court shall remove the name of Debra Lee Ackerman from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.

Suzanne C. Johnson, Clerk

/s/ Mary Ellen Barbera
Chief Judge